UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CRYSTAL LORRAINE BONVILLIAN | * | CIVIL ACTION NO. 17-2793 |
|---|---|---|
| | * | |
| | * | SECTION: "B"(1) |
| VERSUS | * | |
| | * | JUDGE CARL J. BARBIER |
| SOCIAL SECURITY ADMINISTRATION | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## REPORT AND RECOMMENDATION

This case was set for the Court's Call Docket on September 27, 2017, because 90 days had passed and there was no evidence in the record that the Defendant had been served with Plaintiff's Complaint. Service has not been effected as of this date. Plaintiff notified the Court by telephone that she no longer intends to proceed with the case. Plaintiff did not appear for the call docket. Accordingly,

IT IS RECOMMENDED that Plaintiff's Complaint be dismissed without prejudice.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will

result from a failure to object.  <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 27th day of September, 2017.

                                              Janis van Meerveld
                                 United States Magistrate Judge