UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRYSTAL LORRAINE BONVILLIAN | * | CIVIL ACTION NO. 17-2793 |
| | * | |
| | * | SECTION: "J"(1) |
| VERSUS | * | |
| | * | JUDGE CARL J. BARBIER |
| SOCIAL SECURITY ADMINISTRATION | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the lawsuit is DISMISSED without prejudice.

New Orleans, Louisiana, this 13th day of October, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE